An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ERIC T. DOUGLAS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MICHELLE LEAVITT, DISTRICT
JUDGE,
Respondents,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 66821

FILED

DEC 19 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER DENYING PETITION*

This is a petition for a writ of mandamus. Petitioner asserts that the district court erred in denying his motion to return property that was collected when he was placed under arrest. We have reviewed the documents submitted in this matter and we decline to exercise original jurisdiction in this matter. *See* NRS 34.160. Petitioner did not supply this court with a sufficient record to review his claims and therefore failed to meet his burden to demonstrate that his claims had merit. *See* NRAP 21(4) (stating that the petitioner must submit an appendix including a copy of the order and parts of the record before the respondent judge "that may be essential to understand the matters set forth in the petition"). We also note that petitioner may have additional civil or statutory remedies

14-41530

with which he may pursue his claim. *See* NRS 34.170. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.          _____, J.
Pickering                                        Saitta

cc:    Hon. Michelle Leavitt, District Judge
       Eric T. Douglas
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk